UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 01688
  KELLY J WEST

                                    CHAPTER 13

                                    JUDGE: JOHN H SQUIRES

        Debtor
    SSN XXX-XX-8867

------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 01/31/07 and confirmed on 04/20/07.

    2.  The case was dismissed after confirmation, 10/19/2007.

    3.  The Debtor paid a total of $  2618.00 .

    4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| LITTON LOAN SERVICING IN | CURRENT MORTG | .00 | .00 | .00 |
| LITTON LOAN SERVICING IN | MORTGAGE ARRE | 27407.52 | .00 | .00 |
| LITTON LOAN SERVICING IN | SECURED | .00 | .00 | .00 |
| AMERICREDIT FINANCIAL | SECURED VEHIC | .00 | .00 | .00 |
| CYL HOME IMPROVEMENTS | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | SECURED | 7689.00 | .00 | 2549.93 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 547.66 | .00 | .00 |
| BENEDICTINE UNIVERSITY | UNSECURED | 3545.00 | .00 | .00 |
| MCS | UNSECURED | NOT FILED | .00 | .00 |
| JH RESTORATION SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| MEIJER | UNSECURED | NOT FILED | .00 | .00 |
| UNIFUND CORP | UNSECURED | NOT FILED | .00 | .00 |
| IC SYSTEMS | UNSECURED | 170.00 | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| UNIFUND CORP | UNSECURED | NOT FILED | .00 | .00 |
| LITTON LOAN SERVICING IN | MORTGAGE ARRE | 727.22 | .00 | .00 |
| ABC SUPPLY CO INC | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 5292.21 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ROUNDUP FUNDING LLC | UNSECURED | 125.57 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 1457.07 | .00 | .00 |

              Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 35823.74 | .00 | 11137.51 | .00 | 46961.25 |

```
PRINCIPAL PAID              2549.93        .00         .00         .00      2549.93
INTEREST PAID                   .00        .00         .00         .00          .00
TOTAL PAID                  2549.93        .00         .00         .00      2549.93
```

The Debtor's attorney, JANET L WATSON                    , was allowed $    2900.00
and was paid $    1430.00  direct and $        .00  through the plan.


The Trustee received $      68.07 .


Refunds to the Debtor totaled $        .00 .


    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



    Dated: 10/14/07                    /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE